IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| MAHENDRA AMIN, | |
|     Movant, | CIVIL ACTION NO.: 5:25-mc-1 |
| DAWN WOOTEN, | |
|     Plaintiff, | |
| v. | |
| LASALLE SOUTHEAST LLC, and DAVID PAULK, | |
|     Defendants. | |

**O R D E R**

Movant and Plaintiff jointly move to transfer this miscellaneous cause of action to the District Court for the Middle District of Georgia based on Federal Rule of Civil Procedure 45. Doc. 3. These parties state that the subpoenas in dispute in this case were issued in Wooten v. LaSalle Southeast LLC, Case Number 7:22-cv-148 (M.D. Ga.), but Movant filed this miscellaneous action with this Court, as this is the District of compliance. Id. at 2. Movant consents to this transfer. Id. (citing Fed. R. Civ. P. 45(f)). Upon review, the Court **GRANTS** the Motion to Transfer and **DIRECTS** the Clerk of Court to transfer this miscellaneous cause of action to the Middle District of Georgia.

**SO ORDERED**, this 14th day of January, 2026.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA